IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOYCE PITTMAN,                                                    Plaintiff

v.                              1:11CV00079 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                          Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 8th day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE